No. 15,688.

Bowman *v.* Bowman et al.
(187 P. [2d] 392)

Decided November 24, 1947.

Per Curiam.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Stone and Mr. Justice Hays participating.

Messrs. DICKERSON, MORRISSEY & ZARLENGO, Mr. WILLIAM F. DWYER, for plaintiff in error.

Mr. HAROLD B. WAGNER, Mr. CARL A. WYERS, for defendant in error, Dorothy L. Bowman.

Messrs. PERSHING, BOSWORTH, DICK & DAWSON, Mr. SAMUEL S. SHERMAN, JR., Mr. FRED O. JEFFRIES, Mr. MICHAEL E. REIDY, for defendant in error Northwestern National Life Insurance Company.